# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RONALD WILLIAMS (#403681)

VERSUS

JOHN SANDERS, ET AL

CIVIL ACTION

NO. 12-475-SDD-RLB

## RULING

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 27, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims. The Defendants' *Motion for Summary Judgment*[1] is granted in part, dismissing the Plaintiff's claims asserted against the Defendants in their official capacities and dismissing the Plaintiff's claim that he was compelled to take a shower in water that was too hot. This matter is referred back to the Magistrate Judge for further proceedings in connection with the Plaintiff's claim that Defendants Sanders and Morris utilized excessive force against him on December 24, 2011, and that Defendants Francois and Scales stood by and failed to intervene to prevent the alleged use of excessive force.

Baton Rouge, Louisiana, January 6th, 2014.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Record Document 37