# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**RONALD WILLIAMS (#403681)**

**VERSUS**

**JOHN SANDERS, ET AL.**

**CIVIL ACTION**

**NO. 12-0475-JWD-RLB**

## RULING & ORDER

Plaintiff filed a Request for Judicial Notice of Adjudicative Fact on July 7, 2015. (Doc. 68). Defendant has opposed the request. (Doc. 69).

After careful review,

**IT IS ORDERED**, that Plaintiff's Exhibit 3 (Product Literature for Sabre Red Chemical Spray) shall be admitted into evidence. *See* Defendant's Supplemental Responses to Plaintiff's Requests for Production of Documents (Docs. 23 & 23-1); Suit No. USM-11-677 Docs. 70 and 71, ¶6.

Signed in Baton Rouge, Louisiana, on July 21, 2015.

 

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**